1    ROBERT J. GANDY (State Bar No. 225405)
SEVERSON & WERSON
2    A Professional Corporation
The Atrium
3    19100 Von Karman Avenue, Suite 700
Irvine, California 92612
4    Telephone: (949) 442-7110
Facsimile: (949) 442-7118

DIANE P. CRAGG (State Bar No. 221121)
6    SEVERSON & WERSON
A Professional Corporation
7    One Embarcadero Center, Suite 2600
San Francisco, California 94111
8    Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
10    BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| STACEY CABRAL,<br><br>      Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., BANK OF AMERICA, N.A., DOES 1 through 100 inclusive,<br><br>      Defendants. | Case No. 2:18-cv-00585-JAM-CKD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**<br><br><br><br>Action Filed: March 19, 2018 |

      Plaintiff STACEY CABRAL ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("BANA") hereby jointly stipulate that this Court dismiss this case against BANA with prejudice. In support of this Stipulation, the parties state that the matters in dispute between Plaintiff and BANA have been resolved.

      WHEREFORE, Plaintiff and BANA pray that this Court enter an Order dismissing BANA from this action with prejudice, with each party to bear its own fees and costs.

70000.3329/11224596.1

| | | |
|---|---|---|
| 1 | DATED: May 25, 2018 | SAGARIA LAW, P.C. |
| 2 | | |
| 3 | | By:     */s/ Elliot W. Gale*<br>*As authorized on May 25, 2018*<br>Elliot W. Gale |
| 4 | | |
| 5 | | Attorneys for Plaintiff STACEY CABRAL |
| 6 | | |
| 7 | DATED: May 25, 2018 | SEVERSON & WERSON |
| 8 | | A Professional Corporation |
| 9 | | |
| 10 | | By:     */s/ Diane P. Cragg*<br>Diane P. Cragg |
| 11 | | |
| 12 | | Attorneys for Defendant BANK OF AMERICA, N.A. |

70000.3329/11224596.1

2

STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER

1 **<u>ORDER</u>**

2 Pursuant to the above stipulation between Plaintiff Stacey Cabral and Defendant Bank of

3 America, N.A.,

4 **IT IS HEREBY ORDERED** that Defendant Bank of America, N.A. is dismissed from

5 this action, with prejudice.

7 Date: May 25, 2018

8                           /s/ John A. Mendez_____

9                           Honorable John A. Mendez
                          *United States District Court Judge*

70000.3329/11224596.1      3
STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER